IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-00429-ZLW-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VIRGIL L. DEMPSEY. JR., and
JACOB I. DEMPSEY,

    Defendants.

---

## ORDER

---

    Pursuant to Fed. R. Civ. P. 55(a), the Clerk of the Court entered default against Defendant Virgil L. Dempsey, Jr. on May 11, 2007, and against Defendant Jacob I. Dempsey on November 5, 2007 (Doc. Nos. 13 and 19). Accordingly, it is

    ORDERED that Plaintiff shall file a motion for default judgment pursuant to Fed. R. Civ. P. 55(b) with respect to said Defendants on or before May 14, 2008. It is

    FURTHER ORDERED that if no motion for default judgment is filed on or before May 14, 2008, this action will be dismissed without prejudice on May 19, 2008.

    DATED at Denver, Colorado, this   16th   day of April, 2008.

    BY THE COURT:

    _/s/ Zita L. Weinshienk_
    ZITA L. WEINSHIENK, Senior Judge
    United States District Court