IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  07-cv-00429-ZLW-MEH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

VIRGIL L. DEMPSEY. JR., and
JACOB I. DEMPSEY,

        Defendants.

---

ORDER

---

        The matters before the Court are (1) the United States' Motion For Relief From

Order Dated April 16, 2008, and (2) the United States' Motion To File An Amended

Complaint.  Defendant Virgil L. Dempsey, Jr. does not oppose either motion.  Plaintiff

apparently has been unable to contact Defendant Jacob I. Dempsey.  The Court has

reviewed both motions and the legal authority cited therein.  It is

        ORDERED that the United States' Motion For Relief From Order Dated April 16,

2008, (Doc No. 22) is granted.  It is

        FURTHER ORDERED that the Court's Order dated April 16, 2008, (Doc. No. 21)

is vacated.  It is

        FURTHER ORDERED that the United States' Motion To File An Amended

Complaint is granted.  Plaintiff shall file its Amended Complaint on or before May 21,

2008.  It is

FURTHER ORDERED that Plaintiff shall file a status report on or before July 14, 2008, regarding the status of the parties' settlement discussions.

DATED at Denver, Colorado, this ___15th___ day of May, 2008.

BY THE COURT:

_Zita L. Weinshienk_____

ZITA L. WEINSHIENK, Senior Judge
United States District Court